FILED BY ⟨sig⟩ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 28 PM 2: 36

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. TN, MEMPHIS

|  |  |
|---|---|
| LEO CLARK and LILLIE CLARK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civ. No. 04-2440-B/P |
| ) | |
| WALGREEN CO., and TEVA ) | |
| PHARMACEUTICAL INDUSTRIES ) | |
| LTD., TEVA PHARMACEUTICALS ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR SERVING RULE 26 EXPERT DISCLOSURES AND AMENDING SCHEDULING ORDER**

Before the Court is plaintiffs' Motion for Extension of Time for Serving Rule 26 Expert Disclosures, filed April 7, 2005 (Dkt. #20). On April 26, 2005, the court held a hearing on the motion. For good cause shown, the motion is GRANTED. The scheduling order is amended as follows:

**PLAINTIFFS' EXPERT DISCLOSURES**: May 16, 2005

**DEFENDANTS' EXPERT DISCLOSURES**: June 16, 2006

**EXPERT DEPOSITIONS**: July 15, 2005

**DISPOSITIVE MOTIONS**: August 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-29-05

28

All other dates, including the trial date of October 31, 2005, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

___4/27/05_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02440 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Paul Anthony Robinson
ROBINSON LAW FIRM
3360 Fontaine
Memphis, TN 38116

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable J. Breen
US DISTRICT COURT