IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LEO CLARK and LILLIE CLARK,

    Plaintiffs,

v.

No. 04-2440-B/P

WALGREEN CO., and TEVA
PHARMACEUTICAL INDUSTRIES LTD.,
TEVA PHARMACEUTICALS NORTH AMERICA,

    Defendant.

## ORDER OF REFERENCE

Before the court is Plaintiff's Motion for Voluntary Nonsuit filed on July 22, 2005. This matter is hereby referred to the United States Magistrate Judge for determination and/or a report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the order/report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order/report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 2nd day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

38

Case 2:04-cv-02440-JDB-tmp   Document 38   Filed 08/02/05   Page 2 of 2    PageID 41

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02440 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Paul Anthony Robinson
ROBINSON LAW FIRM
3360 Fontaine
Memphis, TN 38116

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable J. Breen
US DISTRICT COURT