UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 14 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LEO CLARK and LILLIE CLARK,

    Plaintiffs,

v.

WALGREEN CO., TEVA PHARMACEUTICAL INDUSTRIES, LTD., and TEVA PHARMACEUTICALS NORTH AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04cv2440-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order On Defendants' Objections, Adopting In Part Report And Recommendation Of The Magistrate Judge And Directing That Case Be Dismissed Without Prejudice entered on November 10, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

/s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/14/05
Date

THOMAS M. GOULD
_____
Clerk of Court

/s/ Earline Grayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

(47)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02440 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Paul Anthony Robinson
ROBINSON LAW FIRM
147 Jefferson Ave.
Ste. 905
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable J. Breen
US DISTRICT COURT